IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADAM WADE CRUTCHLEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-17 (WLS-TQL) |
| | * |
| LOWNDES COUNTY JAIL, SOUTHERN HEALTH PARTNERS, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of April, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk